**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MAXIMO LUIS MAZZINI MARTINEZ #A058-352-792** | **CASE NO.  6:25-CV-02021 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **UNITED STATES DISTRICT COURT OF LOUISIANA** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Maximo Luis Mazzini-Martinez, an immigration detainee at the ICE Processing Center in Pine Prairie, Louisiana. Mazzini-Martinez challenges the legality of his continued detention.

Because additional information is necessary to evaluate the claim, Mazzini-Martinez must AMEND the Petition.

### I.      Background

Mazzini-Martinez provides no information regarding his nationality and citizenship.  He alleges that he was ordered removed to an unspecified country on December 9, 2024.  Doc. 1 at 4. Mazzini-Martinez asserts that he has been denied a meaningful opportunity to challenge his detention.

### II.     Law and Analysis

The Constitution prohibits indefinite detention of immigration detainees.  Accordingly, detention beyond the 90 day removal period is only allowed for a period reasonably necessary to

bring about a detainee's removal from the United States.  *See Zadvydas v. Davis*, 533 U.S. 678 (2001).  Detention for up to six months is presumed reasonable.  *Id.*

After six months, if a detainee provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. The six-month presumption does not mean that every alien not removed must be released after six months.  To the contrary, an alien may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future.  *See Zadvydas,* 533 U.S. at 701.

Mazzini-Martinez must amend the Petition to provide information regarding his nationality and citizenship; the country to which he was ordered removed; whether he was granted withholding; any alternative countries identified for removal; and any reasons why he believes his removal is not significantly likely to occur in the reasonably foreseeable future.  Mazzini-Martinez should also provide copies of his removal order, and any other documents to support his claim.

## III.    Conclusion

Because additional information is needed to evaluate the claim, IT IS ORDERED that Mazzini-Martinez AMEND the Petition as instructed within 30 days.

THUS DONE in Chambers on this 5th day of March, 2026.

Carol B. Whitehurst
United States Magistrate Judge

2